## ORDER/COVER SHEET

**TO:** Honorable Nathanael M. Cousins  
U.S. Magistrate Judge

**RE:** Benjamin Reily Bliss

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** 5:22-mj-70597-MAG

**Date:** 5/16/22

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Emily Sanchez  (408) 535-5027

**U.S. Pretrial Services Officer**  **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

The following condition is removed:

1. **Defendant must reside in a halfway house and must comply with all conditions of that facility.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

*[signature]*   May 16, 2022

**JUDICIAL OFFICER**   **DATE**